IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** : | **CIVIL ACTION** |
|     Petitioner : | |
| : | |
| **v.** : | |
| : | |
| **TINA WALKER, et al.,** : | |
|     Respondents : | **NO. 24-cv-3061** |

### ORDER

**NOW**, this **12th day of December, 2024**, upon review of the docket and consideration of the Amended Petition for Writ of *Habeas Corpus* (ECF No. 8), the Report and Recommendation filed by United States Magistrate Judge Sitarski (Document No. 11), Petitioner's objections to the Report and Recommendation (ECF No.12), and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The petitioner's objections are **OVERRULED**;

    2.    The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**;

    3.    The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and,

    4.    No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**